IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| URBAN INVESTMENT RESEARCH CORPORATION, an Illinois Corporation as successor in interest to Kansas State Bank,<br><br>      Plaintiff,<br><br>    v.<br><br>GREAT PLAINS TELEVISION NETWORK, LLC AND TOM BOWLES,<br><br>      Defendants. | Case No. _____ |

## COMPLAINT FOR BEACH OF PROMISSORY NOTE AND GUARANTY

NOW COMES Plaintiff, Urban Investment Research Corporation as successor in interest to Kansas State Bank ("Plaintiff"), and as Plaintiff's *Complaint For Breach of Promissory Note Guaranty* against Great Plains Television Network, LLC and Tom Bowles, states as follows:

## PRELIMINARY STATEMENT

1.    This is an action to collect damages, including attorneys' fees, interest and costs, against the obligor and guarantor pursuant to the terms of a Promissory Note dated December 30, 2011, as amended ("Notes"), and a Commercial Guaranty dated December 30, 2011 ("Commercial Guaranty").

## THE PARTIES

2.    Plaintiff is an Illinois corporation with its principal place of business located in Lemont, Illinois. Plaintiff acquired all interest in the Notes and Commercial Guaranty pursuant to an Assignment of Promissory Notes and Loan Documents ("Assignment"). A copy of the Assignment is attached hereto as **Exhibit 1**.

3. Defendant, Tom Bowles, is an individual (who upon information and belief) is domiciled in Wichita, Kansas ("Guarantor").

4. Defendant, Great Plains Television Network, LLC ("Obligor") is a Kansas limited liability company.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this case in accordance with 28 U.S.C. § 1332, as the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and because the parties are citizens of different states.

6. Venue is appropriate in this District in accordance with 28 U.S.C. § 1391(b)(1) because the Defendant resides in this district, and 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to the Plaintiff's claims occurred within this district. Additionally, Plaintiff and Guarantor consented to venue in the Guaranty in this District.

## FACTS COMMON TO ALL COUNTS

### A. THE UNDERLYING LOAN

7. On or about December 30, 2011, Kansas State Bank ("Assignor") extended credit to Great Plains Television Network, LLC ("Obligor") in the original principal amount of $558,767.22 (the "Original Loan"). The Original Loan was evidenced by that certain Promissory Note executed by Obligor in favor of and payable to Assignor ("Prior Note"). The Prior Note was replaced by a series of loan modifications and replacement notes with the last loan modification and replacement note being executed on March 6, 2018 (all replacement notes and loan modification agreements subsequent to the Prior Note are collectively referred to as the "Replacement Notes"). The Prior Note and Replacement Note are collectively referred to as the " Notes".  A copy of the Notes are attached hereto and incorporated herein as **Group**

**Exhibit 2**. The final modification of the Prior Note is reflected in the final replacement promissory note in the series of Notes dated March 6, 2018, in the principal amount of $295,576.53 ("Final Note"). The Final Note is attached hereto as **Exhibit 3**.

8. In order to induce Assignor to make the Original Loan to Obligor, Guarantor executed and delivered to Assignor the Commercial Guaranty. See, Guaranty attached hereto as **Exhibit 4**.

9. The obligations due pursuant to the Notes were secured by a grant of a continuing security interest in all of the tangible and intangible assets of the Obligor pursuant to the terms of a Security Agreement dated December 21, 2006 ("Security Agreement"). See, Security Agreement attached hereto as **Exhibit 5.**

    **B.**    <u>**ASSIGNMENT TO PLAINTIFF**</u>

10. On or about May 21, 2019, Assignor assigned all of its rights, title and interests in, among other things, the Notes, Security Agreement and the Commercial Guaranty to Plaintiff. A copy of the Assignment evidencing the assignment from Assignor to Plaintiff is attached hereto and incorporated herein as **Exhibit 1**.

    **C.**    <u>**THE NOTES ARE IN DEFAULT**</u>

9. Obligor breached the terms of the Final Note by, among other things, its failure to satisfy the Final Note upon its maturity, February 15, 2019.

10. Pursuant to the Commercial Guaranty, Guarantor provided a guaranty of payment and performance and guaranteed Obligor's full payment and performance obligations under the Notes.

11. Pursuant to the Security Agreement, upon default of the Notes, Plaintiff has, among other rights, the immediate right to have a receiver appointed, as well as the right to sell assets belonging to the Obligor.

## COUNT I
## BREACH OF NOTES

12. Plaintiff realleges and incorporates by reference, paragraphs 1 through 11 of the Complaint as this paragraph 12 of Count I, as if fully stated herein.

13. Plaintiff, as the assignee of Assignor, was the obligee of a $558,767.22 loan to the Obligor in December, 2011. *See,* Notes attached hereto as **Exhibit 2**.

14. The loan is past-due and delinquent since February, 2019. Pursuant to the terms of the Notes and Security Agreement, the entire principal balance, plus accrued interest, has been accelerated and is immediately due and owing.

15. Pursuant to the Security Agreement, Plaintiff is entitled to the immediate appointment of a receiver upon default of the Notes.

16. As of June 15, 2020, the amounts due and owing from Guarantor to Plaintiff under the Guaranty is $260,698.48 and interest continues to accrue after June 15, 2020.

17. Plaintiff has performed all of its obligations under the Notes, including that the sum of $558,767.22 was loaned to the Obligor.

WHEREFORE, Plaintiff, URBAN INVESTMENT RESEARCH CORPORATION, as Successor in interest to Kansas State Bank, prays that this Court:

i) enter judgment against Defendant, Great Plains Television Network, LLC, in the amount of $260,698.48, plus interest and attorney's fees;

ii) Appoint a receiver to preserve, administer and sell the assets of Obligor; and

iii) For all other relief in Plaintiff's favor that this Court deems just and proper.

## COUNT II
## BREACH OF COMMERCIAL GUARANTY

18. Plaintiff realleges and incorporates by reference, paragraphs 1 through 17 of the Complaint as this paragraph 18 of Count II, as if fully stated herein.

19. Plaintiff has complied with all of its obligations under the Commercial Guaranty.

20. The Commercial Guaranty is a valid and enforceable agreement and which the Guarantor breached the respective terms thereof by, among other things, in failing to satisfy the indebtedness due under the terms of the Final Note upon maturity as required under the Commercial Guaranty.

21. As of June 15, 2020, the amounts due and owing from Guarantor to Plaintiff under the Guaranty is $260,698.48 and interest continues to accrue after June 15, 2020.

22. Plaintiff is not required to demand payment under the Commercial Guaranty prior to instituting this lawsuit.

23. The Commercial Guaranty also provide for the recovery of interest and Plaintiff's attorneys' fees in connection with enforcement of the same and such amounts are requested hereunder.

WHEREFORE, Plaintiff, URBAN INVESTMENT RESEARCH CORPORATION, as Successor in interest to Kansas State Bank, prays that this Court enter judgment against Defendant,

Tom Bowles, in the amount of $558,767.22, plus interest and attorney's fees; and for all other relief in Plaintiff's favor that this Court deems just and proper.

## DESIGNATION OF TRIAL

Defendants designate Wichita, Kansas as the place of trial.

Respectfully submitted,

By /s/ Will B. Wohlford
   Will B. Wohlford, #21773
   Reed W. Ripley, #28303
   MORRIS, LAING, EVANS, BROCK
     & KENNEDY, CHARTERED
   300 N. Mead, Suite 200
   Wichita, KS 67202
   Telephone: (316) 262-2671
   Fax: (316) 262-6226
   wwohlford@morrislaing.com

   -and-

   Ariel Weissberg *(pro hac vice motion to be filed)*
   Rakesh Khanna *(pro hac vice motion to be filed)*
   Weissberg and Associates, Ltd.
   401 S. LaSalle St., Suite 403
   Chicago, Illinois 60605
   Telephone: (312) 663-0004
   Email:  ariel@weissberglaw.com
   Email: rakesh@weissberglaw.com
   Attorney No.  03125591

*Attorney for Plaintiffs*